# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-CV-01144-AWI-SMS-P<br><br>ORDER FINDING SERVICE OF ORIGINAL COMPLAINT APPROPRIATE, AND FORWARDING PLAINTIFF SERVICE DOCUMENTS FOR COMPLETION AND RETURN<br><br>(Doc. 1) |

　　　　Plaintiff Kelly Wilson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 8, 2005. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against defendants Terhune, Adams, Castillo, Nguyen, K. Nguyen, Pak, and Shedler for acting with deliberate indifference to plaintiff's medical needs, in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　　　Service is appropriate for the following defendants:

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's amended complaint be deemed withdrawn, this action proceed on plaintiff's original complaint, and defendants Yuba City, Sutter County, and CDCR be dismissed from this action.

1

        CDCR DIRECTOR CAL TERHUNE (FORMER)

        WARDEN DERRAL G. ADAMS

        DR. E. CASTILLO

        DR. NGUYEN (CSP-CALIPATRIA)

        DR. K. NGUYEN (CSP-CORCORAN)

        DR. J. PAK

        DR. L. SHEDLER

2. The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, seven (7) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 8, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Eight (8) copies of the endorsed complaint filed September 8, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **September 11, 2006**        /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE