# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-cv-01144-AWI-SMS PC<br><br>ORDER STRIKING REPLY TO ANSWER<br><br>(Doc. 33) |

Plaintiff Kelly Wilson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2006, plaintiff filed a response to defendants Adams, K. Nguyen, and N. Nguyen's answer.

Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the court requiring one. Fed. R. Civ. P. 7(a). In this case, the court did not order a reply to the answer.

Accordingly, plaintiff's reply to defendants' answer, filed December 29, 2006, is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:**   **January 19, 2007**               /s/ Sandra M. Snyder
icido3                                                 UNITED STATES MAGISTRATE JUDGE