1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8

9   KELLY WILSON,                           CASE NO. 1:05-cv-01144-AWI-SMS PC

10                      Plaintiff,          ORDER EXTENDING APPLICATION OF THE
                                            DISCOVERY AND SCHEDULING ORDER
11         v.                               TO DEFENDANT CASTILLO

12   CALIFORNIA DEPARTMENT                  (Docs. 35 and 46)
     OF CORRECTIONS, et al.,
13                                          ORDER SETTING SEPARATE
                        Defendants.         UNENUMERATED RULE 12(B) MOTION
14                                          DEADLINE FOR MAY 31, 2007,
                                            APPLICABLE ONLY TO DEFENDANT
15                                          CASTILLO
     _____/
16

17         On March 27, 2007, defendant Castillo filed an answer to plaintiff's complaint.  Application

18   of the discovery and scheduling order filed on January 18, 2007, is HEREBY EXTENDED to

19   defendant Castillo.

20         In as much as the unenumerated Rule 12(b) motion deadline set in that order expired on

21   March 27, 2007, a separate deadline, applicable only to defendant Castillo, is HEREBY SET FOR

22   May 31, 2007.

23

24   IT IS SO ORDERED.

25   **Dated:    March 28, 2007**              _____/s/ Sandra M. Snyder_____
     i0d3h8                                    UNITED STATES MAGISTRATE JUDGE
26

27

28

                                            1