# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON,<br><br>            Plaintiff,<br><br>       v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>            Defendants. | CASE NO. 1:05-cv-01144-LJO-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS TO DOCTORS CURRENTLY TREATING PLAINTIFF<br><br>(Doc. 45) |

Plaintiff Kelly Wilson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 7, 2007, plaintiff filed a motion seeking a court order mandating the production of his medical records to the doctors who are currently treating plaintiff. Defendants did not file a response.

First, plaintiff may not resort to filing a motion to compel without first attempting to obtain the needed information via discovery. Specifically, plaintiff may not file a motion to compel until and unless either he has properly served a discovery request on defendants and they failed to respond, or a subpoena duces tecum has been properly served on a non-party and that non-party failed to respond.

Second, this action is proceeding against defendants Terhune, Adams, Castillo, Nguyen, K. Nguyen, Pak, and Shedler for acting with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment. Plaintiff's claims against defendants arise from their past conduct in ignoring his medical need for surgery until 2000, after which time he finally received

1  surgery. Plaintiff's current medical condition and current medical care are not at issue in this action.
2  Plaintiff may not, in this action, obtain court orders aimed at remedying a situation which is
3  unrelated to the claims at issue in this action. <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 101, 103
4  S.Ct. 1660, 1665 (1983) (citations omitted); <u>Jones v. City of Los Angeles</u>, 444 F.3d 1118, 1126 (9th
5  Cir. 2006).

6      Based on the foregoing, plaintiff's motion to compel production of his medical records to the
7  doctors who are currently treating plaintiff, filed March 7, 2007, is HEREBY DENIED.

9  IT IS SO ORDERED.

10 **Dated:   May 7, 2007**              _____**/s/ Sandra M. Snyder**_____
                                        UNITED STATES MAGISTRATE JUDGE