EDMUND G. BROWN JR., Attorney General
 of the State of California
ALBERTO L. GONZÁLEZ
 Supervising Deputy Attorney General
ANDREAS O. GARZA, (SBN 183795)
 Deputy Attorney General
1300 I Street, P.O. Box 944255
Sacramento, CA  94244-2550
Telephone: (916) 324-5348
Facsimile:  (916) 322-8288

Attorneys for Defendants
Dr. Edgar Castillo; Dr. K. Nguyen; Derral G. Adams
Dr. N. Nguyen and C. Terhune

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KELLY WILSON, | CASE NO. 1:05-cv-01144 LJO-SMS (PC) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Document #55) |
| Defendants. | |

Defendants in this action have filed an ex parte request that this Court grant an extension of time to provide that the date for filing a motion for summary judgment or other dispositive motion be no later than February 1, 2008.  This Court has read and considered defendants' request and, good cause appearing.

IT IS SO ORDERED.


Dated: **November 21, 2007**                          /s/ Sandra M. Snyder
                                                                   UNITED STATES MAGISTRATE JUDGE