# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON, | CASE NO. 1:05-cv-01144-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING SURREPLIES |
| v. | (Docs. 71 and 74) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

Pending before the Court are Defendants' motions for summary judgment, which were opposed by Plaintiff. On February 13, 2008, and on March 13, 2008, Plaintiff filed surreplies to Defendants' replies to his oppositions. Plaintiff does not have the right to file a surreply under either the Federal Rules of Civil Procedure or the Local Rules, and the Court neither granted Plaintiff leave to file a surreply nor ordered a surreply to be filed. Accordingly, the motions were deemed submitted upon filing of the replies, Local Rule 78-230(m), and Plaintiff's surreplies are HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   June 13, 2008          /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE