IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON, | 1:05-cv-01144-LJO-SMS (PC) |
|     Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE |
|     vs. | OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (DOCUMENT #77) |
|     Defendants. | THIRTY DAY DEADLINE |

_____/

    On July 17, 2008, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   July 24, 2008**                    /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE