# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON,<br><br>              Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>              Defendants.<br>_____ / | CASE NO. 1:05-cv-01144-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND (1) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (2) GRANTING DEFENDANT AN NGUYEN'S MOTION FOR SUMMARY JUDGMENT, (3) DISMISSING CLAIMS AGAINST DEFENDANTS TERHUNE, ADAMS, AND CASTILLO PURSUANT TO DOCTRINE OF RES JUDICATA, AND (4) GRANTING DEFENDANT KIM NGUYEN'S MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 60, 63, 68, and 76)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANTS AND AGAINST PLAINTIFF |

      Plaintiff Kelly Wilson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On June 13, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. After obtaining an extension of time, Plaintiff filed an Objection on August 21, 2008.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 13, 2008, is adopted in full;
2. Plaintiff's motion for summary judgment, filed December 6, 2007, is DENIED;
3. Defendant An Nguyen's motion for summary adjudication on the Eighth Amendment claim against him, filed December 28, 2007, is GRANTED;
4. Plaintiff's claims against Defendants Terhune, Adams, and Castillo are DISMISSED from this action on the ground that the claims against them are barred by the doctrine of *res judicata*;
5. Defendant Kim Nguyen's motion for summary adjudication on the Eighth Amendment claim against him, filed January 31, 2008, is GRANTED, thus concluding this action in its entirety; and
6. The Clerk of the Court shall enter judgment for Defendants and against Plaintiff.

IT IS SO ORDERED.

**Dated:   September 9, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE