# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:05-cv-01144-LJO-SMS PC<br><br>ORDER DISREGARDING MOTION ERRONEOUSLY FILED IN THIS CASE, AND DIRECTING CLERK'S OFFICE TO FILE MOTION IN CASE NUMBER 2:07-CV-01577<br><br>(Doc. 83) |

Plaintiff Kelly Wilson ("Plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Summary judgment was entered in favor of Defendants in this action on September 9, 2008, and Plaintiff did not file a notice of appeal. On October 28, 2008, the Clerk's Office filed a document entitled "Request to Amend and Add on to Motion to Have the Trial Records Argumened [sic] and Corrected and Application for Certificate of Appeal." The motion was submitted to the United States Court of Appeals for the Ninth Circuit, which sent the motion to this Court for handling, given that Plaintiff does not have any appeals pending at the Ninth Circuit at this time.

///
///
///
///
///

1

1  Plaintiff did not include his district court case number, but it appears clear from the filing that
2  it was not intended to be filed in this case and that it relates to Plaintiff's habeas petition, case
3  number 2:07-01577-LKK-EFB (HC) *Wilson v. Evans, et al.*.[1]
4  Accordingly, the motion is DISREGARDED in this case, and the Clerk's Office SHALL file
5  the motion in case number 2:07-cv-01577.

7  IT IS SO ORDERED.
8  **Dated:   November 10, 2008**               /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice that Plaintiff's habeas petition was dismissed without prejudice on March 10, 2008, and the case was closed.

2